NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
BILAL A. ESSAYLI, First Assistant United States Attorney
IAN V. YANNIELLO (Cal. Bar No. 274365)
AMANDA B. ELBOGEN (Cal. Bar No. 332505)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

DANTE GAFFIELD

DEFENDANT.

CASE NUMBER

2:25-mj-7759-3

**APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING**

Application is made by ☒ plaintiff ☐ defendant _____
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____
or
☒ Magistrate Judge Pedro V. Castillo _____ by order dated: December 15, 2025

☐ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☒ ordering release upon certain conditions, or
☐ denying detention.

☐ A hearing is being sought before Magistrate Judge _____ as there is new information to be presented that was not considered by the previous judicial officer; or

☒ A hearing is being sought before a District Judge to review all information presented to and considered by the previous judicial officer (to be presented to Criminal Duty District Judge if case is unassigned).

Relief sought *(be specific)*:
The government seeks pretrial detention in this matter for the reasons set forth in the government's concurrently filed Application for Review of the Bond Order.

Counsel for the defendant and plaintiff United States Government consulted on December 17, 2025
and opposing counsel declines to stipulate to an order providing the relief sought.

☒ Telephonic notice given to ☐ AUSA ☒ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on December 17, 2025 _____ .

An interpreter is ☐ required ☒ not required. Language _____
Defendant is ☒ in custody ☐ not in custody.

December 17, 2025
Date

United States
Moving Party

---

APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS
OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING

CR-88 (09/24)