```
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO (Cal. Bar No. 265481)
Chief, National Security Division
AMANDA B. ELBOGEN (Cal. Bar No. 332505)
Assistant United States Attorney
National Security Division
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorney
Transnational Organized Crime Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-3667/5748/0813
     Facsimile:  (213) 894-0141
     E-mail:     ian.yanniello@usdoj.gov
                 amanda.elbogen@usdoj.gov
                 daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:25-mj-7759-3 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER STAYING RELEASE OF DEFENDANT DANTE GAFFIELD |
| v. | |
| DANTE GAFFIELD, aka "Nomad," | |
| Defendant. | |

The Court has considered and approved the government's ex parte application for an order staying the release of defendant DANTE GAFFIELD, which was filed on December 17, 2025.  For good cause shown, the magistrate judge's release order is hereby stayed

///

///

until this Court resolves the government's application for review of said order.

   IT IS SO ORDERED.

_____        _____
 DATE                                   HONORABLE MARK C. SCARSI
                                        UNITED STATES DISTRICT JUDGE

Presented by:

 */s/*
_____
IAN V. YANNIELLO
AMANDA B. ELBOGEN
DANIEL H. WEINER
Assistant United States Attorneys

ii