Name & Address:
BILAL A. ESSAYLI, First Assistant United States Attorney
IAN V. YANNIELLO (Cal. Bar No. 265481)
AMANDA B. ELBOGEN (Cal. Bar No. 332505)
DANIEL H. WEINER (Cal. Bar No. 329025)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br>DANTE GAFFIELD<br><br>DEFENDANT. | CASE NUMBER<br><br>2:25-mj-7759-3<br><br>NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION,<br>**(18 U.S.C. §3142)** |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved. The matter is set on calendar for hearing before:

☑ District Judge  Mark C. Scarsi

☐ Magistrate Judge _____

on  December 19, 2025  at  10:00   ☑ a.m.  ☐ p.m.

in courtroom  7C .

☐ is not approved.

☐ Other: _____

An interpreter is  ☐ required  ☑ is not required.  Language _____
Defendant is  ☑ in custody  ☐ not in custody.

Clerk, U. S. District Court

| December 18, 2025 | Stephen Montes Kerr | (213) 894-0051 |
|---|---|---|
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc:  ☐ Probation   ☐ Interpreter's Office   ☒ PSA.