Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED

2025 DEC 15  AM 10: 36

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___pp___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
PLAINTIFF

TINA LAI
USMS# N/A
DEFENDANT

CASE NUMBER: 2:25-mj-07759-DUTY-4

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 12/12/25 at ~11:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the N/A  District of N/A  on N/A  at N/A  ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☐ Yes ☒ No

4. Charges under which defendant has been booked:
   18 U.S.C. § 371, 26 U.S.C. § 5861(d)

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☒ No  ☐ Yes  Language: N/A

7. Year of Birth: 1984

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: N/A      Phone Number: N/A

9. Name of Pretrial Services Officer notified: N/A

10. Remarks (if any): N/A

11. Name: SA Jonathan Knight  (please print)

12. Office Phone Number: 571-639-9870

13. Agency: FBI

14. Signature: *Jonathan Knight*

15. Date: 12/14/2025

CR-64 (09/20)          REPORT COMMENCING CRIMINAL ACTION